# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 17-mj-1115 |
| **AUSTIN CAMPBELL** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about June 15, 2017, to on or about August 23, 2017, in the Western District of New York, and elsewhere, the defendant, AUSTIN CAMPBELL, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense;

all in violation of Title 18, United States Code, Section 2422(b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

NIKKI L. TOLIAS, Special Agent
Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 24, 2017

*Judge's signature*

HON. JEREMIAH J. MCCARTHY, USMJ
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nikki Tolias, being duly sworn, depose and state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) within the Department of Homeland Security, assigned to the office of the Special Agent in Charge, Buffalo New York, and have been so employed since 2006. Before that, I was employed by the former Immigration and Naturalization Service (INS) for approximately nine years. As part of my duties as a Special Agent with HSI, I investigate criminal violations relating to child exploitation and child pornography, including the illegal distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received specialized training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography, as defined in Title 18 United States Code, Section 2256.

2. I make this affidavit in support of a criminal complaint charging AUSTIN CAMPBELL ("CAMPBELL"), with a violation of Title 18, United States Code, Section 2422(b) (enticement of a minor).

3. All information contained in this affidavit is either personally known by me or has been related to me by other law enforcement agents. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe

are necessary to establish probable cause to believe that CAMPBELL did knowingly violate Title 18, United States Code, Section 2422(b).

4. In June of 2017, your affiant, acting as an undercover agent (hereinafter "UCA"), created an undercover profile on an online social networking application.

5. On June 15, 2017, an individual on an online social networking application with username "Yplicker C" initiated conversation with the UCA. "Yplicker C" initiated this conversation by saying, "Hi do you like older white men?" "Yplicker C" continued this conversation by saying, "Yes no maybe?" "Huh another fake profile; [devil emoji]; Hello; Hello; I am in buffalo area right now; How old are you?; You look 15". The UCA replied "Yes I am." "Yplicker C" replied saying "really." "Yplicker C" went on to say "Got a full pic of you I can see; Just curious…And are you thinking about being with an older man?" The UCA replied "Yes, I'm sick of all the boys at school. They are so immature". "Yplicker C" then responded with "Ok let me see a full pic of you". The UCA sent a picture of a clothed female (a different law enforcement officer who had provided consent to use her photograph) taken in a mirror showing from her head to her upper thighs. "Yplicker C" then replied, "Well aren't you a cutie". The UCA replied by saying thanks and that she was hoping to make friends or maybe find a boyfriend. The UCA asked "Yplicker C" "How old are you?" "Yplicker C" replied "45". The UCA replied "OK". "Yplicker C" responded with "Too old for you" It's ok if you say it is". The UCA stated "Not too old for me". "Yplicker C" asked the UCA if she is a virgin. The UCA responded that she is. "Yplicker C" then asked the UCA if she has ever done anything sexual in which she answered that she has not done much

and does not have a lot of experience. "Yplicker C" then went on to ask if the UCA had a pic of in a bikini and went on to guess her chest size as 34b. The UCA then asked "Yplicker C" if he is on any other social networking applications. "Yplicker C" answered yes, provided the name of a different social networking application, and provided his user name as "ac18wheels". All communications then switched over to this other social networking application.

6. Later on June 15, 2017, at approximately 6:28PM, the UCA sent "AC18wheels" a message stating "It's me [smiling with tongue emoji]". "AC18wheels" continued to make conversation with the UCA explaining how he works as a truck driver and was in Buffalo delivering a load. "AC18wheels" asked the UCA about her family in which she responded she lives alone with her mom. "AC18wheels" then began sexually explicit conversation stating "So are you willing to practice sucking my dick when we meet?" The UCA responded "I don't know what I'm doing but I can try". "AC18wheels" then stated "It will just be your hands and mouth learning how to make me cum for a long while". "AC18wheels" then went on to explain that with practice the UCA will become good and he would even let her watch some videos to get pointers. During the same conversation "AC18wheels" asked the UCA "Are you on birth control?". The UCA replied "No. My mom won't let me be on it". "AC18wheels" went on to say that's ok we worry about it when the time comes. "AC18wheels" also added "I expect your pussy to always be hairless". "AC18wheels" asked the UCA what kind of panties she normally wears. "AC18wheels" asked the UCA "Do you want to be my personal fuck toy?".

3

7. On June 16, 2017, during a chat conversation "AC18wheels" stated that if the UCA decided to become his personal sex slave that he would take her virginity as well. "AC18wheels" continued the sexually explicit conversation stating "Until you are on birth control you will swallow all my cum".

8. During a chat conversation on June 17, 2017, "AC18wheels" talked about having previously had 3 sex slaves ages 15, 16, and 17. He also went on to explain how he had wondered about breeding one of his own slaves. "AC18wheels" stated "Getting on pregnant... And if it was a boy any of my slaves would have to service him". The UCA replied "How young could that start". "AC18wheels" replied "If it was a girl then she would be brought up learning that her place is to please me and other men". In reference to the UCA possibly becoming "AC18wheels's" sex slave, "AC18wheels" stated "Ok how about this... After let's say 5 meetings of you in service to me I will give you the option to get out". "AC18wheels" also added "You can use your hands and mouth if you want to stay a virgin til you decide you want to stay or go". The UCA replied "ok" "it's just I'm not on birth control". "AC18wheels" replied "Yes I am aware...I wouldn't cum in your pussy...I would just fuck you for a bit then make you suck it off". Later on "AC18wheels" instructed the UCA to slide her hand in her pants and went on to say "Now with just your fingers.. I want you to run them up and down your slit; No penetration just on the outside and up and down your slit". "AC18wheels" continued to give the UCA instructions on how to masturbate step by step.

4

9. June 18, 2017, during a chat conversation the UCA told "AC18wheels" that she had a soccer game. Later on "AC18wheels" asked the UCA "So was it hot running around in the game". The UCA responded "So Hot!". "AC18wheels" replied "It would have been I interesting to see". "AC18wheels" went on to explain that watching hot teen girls running and sweating would be interesting. "AC18wheels" also added that he would have stood out there followed by "Yeah older guy with no kids watching intently as young teen girls run up and down the field; People would notice lol". Later on that evening during the chat conversation "AC18wheels" directed the UCA to rub her pussy over her panties when her mom is not looking. "AC18wheels" continued to instruct the UCA to masturbate.

10. On June 19, 2017 at approximately 12:30pm during a chat conversation "AC18wheels" asked the UCA "Have you been thinking about sucking my dick?". The UCA replied "Yeah". Shortly after some additional chat "AC18wheels" sent the UCA a "selfie" picture of him holding a notebook with the words hand written backwards "Are you thinking about sucking (two characters illegible) Dick!". The photograph depicted a white male with facial hair, a moustache and baseball hat with brim where the edge of the brim is red. Later that evening "AC18wheels" told the UCA "Maybe sexy pics of you would stimulate me". The UCA went on to explain that she was not going to send sexy pictures that too many girls get in trouble for that. "AC18wheels" responded that if all the UCA wanted to do was chat online that he understood that. The UCA explained that she did not want to just chat online that she was hoping to meet someone. "AC18wheels" stated that he had already offered to teach her how to suck his dick. The UCA replied that she does not want to be his sex slave but knows he can teach her a lot and that's what she wants. "AC18wheels" sent a message

5

"Fair enough; Is this address far from your house; 2125 Walden Ave, Cheektowaga, NY 14225; ??" "AC18wheels" went on to explain that the address is a truck stop and it looks like it is near the Walden galleria mall. The UCA responded that it's not too far from the mall she goes to and she could probably get dropped off there. "AC18wheels" went on to describe what their first meeting would be like. He explained that first they would say hi and walk back to the truck and get in the truck. He said some kissing would be good. Then the UCA would get naked. "AC18wheels" then stated that the UCA would start stroking his penis and sucking on it. Later on that evening "AC18wheels" stated "So you never said how soon you want this to happen". The UCA asked him when is the next load he has to deliver out here. "AC18wheels" explained that maybe he could meet Thursday or it not it would be next week. "AC18wheels" then told the UCA "I do have one important question". The UCA said "Yes". "AC18wheels" replied "your not a cop setting me up for a sting operation are you?". The UCA said "Yeah I'm a cop ha ha". "AC18wheels" said "shit ok". The UCA replied asking "AC18wheels" if he is a cop. "AC18wheels" replied "If I were would I be taking this chance with a minor". "AC18wheels" went on to say "I had to be sure.. You know if I am caught they throw me in jail and throw away the key".

11. On June 19, 2017, HSI Buffalo received a summons return from the social networking application used by "AC18wheels" with the following subscriber information:

First Name: A
Last Name: C
Email: driver.truck18@yahoo.com
User Name: AC18wheels

Included was IP logins for "AC18wheels" from May 20, 2017 to June 19, 2017. One of the IP addresses was 69.243.113.156.

12. On June 23, 2017, in chat conversation in which "AC18wheels" was discussing finding a truck driving load to pick up "AC18wheels" commented "I almost had one to buffalo". The UCA responded "Really? What happened?". "AC18wheels" replied "I could have been there all day Sunday and Saturday night; But it cancelled". The UCA then responded "Omg! Ugh". "AC18wheels" then went on to say "Yeah it sucks; Cause you could have been".

13. On June 21, 2017, HSI Buffalo sent Comcast a summons requesting subscriber information for IP Address: 69.243.113.156 on May 22, 2017 at 3:23 UTC, on June 18, 2017 at 22:06 UTC and 22:34 UTC. On June 26, 2017 Comcast responded with the following subscriber information: Austin CAMPBELL, 104 N. Canvasback Ct., Smyrna, Delaware. The IP address and dates and times listed in the summons were taken from the return received from the social networking application.

14. On June 26, 2017, HSI Buffalo agents performed open source queries of the Austin Campbell and found the address listed for CAMPBELL is 104 N. Smyrna, Delaware. The date of birth located for CAMPBELL is April XX, 1972. Open source checks also indicated a Facebook page for Austin CAMPBELL from Smyrna, Delaware. The photos from that Facebook page depict the same male individual as depicted in the "selfie" mentioned in paragraph 10 above.

15. HSI Buffalo agents obtained a Delaware Department of Motor Vehicles ("DMV") photograph of CAMPBELL. The photo provided by the DMV depicts the same

7

male individual as depicted in in the "selfie" mentioned in paragraph 10 above. Checks also revealed that CAMPBELL has a 2007 Blue Freightliner Tractor Trailer with Delaware Registration: U0876040 registered in his name at 104 N. Canvasback Ct, Smyrna, Delaware.

16.   On June 26, 2017, during a chat conversation regarding finding a load to haul, "AC18wheels" told the UCA "I was hoping for a load to buffalo…Even if it was crappy…. Your mouth would have made it worth while". The UCA responded "I hope so?" and then "AC18wheels" replied with "Lol me too; Well just seeing you naked would be good too (winky emoji)". The UCA went on to explain that she would be so shy. "AC18wheels" went on to say "That's good; knowing that will make it beter watching you get naked then watching you put your mouth on my dick". "AC18wheels" continued talking about the UCA giving him oral sex and asking her "Would you want to straddle my hard cock and lose your virginity that soon after sucking me off". Then "AC18wheels" and the UCA were chatting about how the UCA had discussed wanting to have sex with "AC18wheels" with her friend. The UCA explained that she trusts her friend and that her friend will not want to get her in trouble. "AC18wheels" replied with "Will trust her only after you have sucked me off and the cops aren't beating on the truck door".

17.   From June 28-30, 2017, during chat conversations "AC18wheels" asked the UCA "Is your mom hot?" The UCA replied "Why for you say that [surprised emoji]". "AC18wheels" responded "Well I was thinking if I date her then I can be close to you [winky emoji]". Later "AC18wheels" talked about having a big problem he kept thinking about. "AC18wheels" explained "I keep thinking that when I take your virginity that I won't be able to help it but cum inside you". The UCA agreed that was a big problem and asked what

8

could they do? "AC18wheels" responded "Just hope I have the will to pull it out of you and get it in your mouth".

18.    During a chat conversation on July 20, 2017, "AC18wheels" told the UCA "Well I am gonna take your phone while you are sucking my dick and take video of you doing it and send it to your girlfriend". Further on "AC18wheels" stated "Yeah well she will get a second video with my dick in your cunt". The UCA asked how much time "AC18wheels" would have while in Buffalo and "AC18wheels" responded "I guess that depends on you; Or I could be in buffalo the rest of my life if you are a cop lol. "AC18wheels" and the UCA continued back and forth discussing how the UCA would get out of the house to meet "AC18wheels" without her mother finding out. Later during the same chat conversation regarding truck driving and whether "AC18wheels" enjoyed it, "AC18wheels" stated "I will be happy another way". The UCA responded "You keep saying that I can't wait to see it master". "AC18wheels" replied "See what". The UCA said "If I can make you happy master [mischievous emoji]". "AC18wheels" stated "Oh ok; I thought you wanted to see my dick". The UCA replied "Of course master; [smiley emoji]". "AC18wheels" replied "Like now?" The UCA replied "4 heart eyes emoji, 13 mischievous emoji". "AC18wheels" then sent a picture to the female of his erect penis.

19.    Between July 20– August 23, 2017, "AC18wheels" engaged in very graphic sexual conversation with the UCA via chat messages. On August 18, 2017, "AC18wheels" stated "who did you fuck?" and the UCA responded "Nobody yet", "AC18wheels" responded "Yet?" and the UCA responded "Yeah yet". The UCA went on to explain that she is talking to a guy that is 19 years old and she was not going to wait around forever.

9

"AC18wheels" asked the UCA if she had been masturbating and the UCA answered she had. "AC18wheels" asked "And who do you have to thank for that daily pleasure?" The UCA responded "you". "AC18wheels" then stated "So who do you think deserves to take you; ??" and the UCA replied "you if it ever happens". "AC18wheels" responded "It should be me no matter what shouldn't it" and the UCA replied "Well I won't wait forever". "AC18wheels" asked "How long are you willing to wait? It's a fair question; Well?". The UCA replied "A month max". The chat continued into August 19, 2017. On August 21, 2017 "AC18wheels" wrote "Buffalo on Wed". The UCA responded "really?" "AC18wheels" wrote "Yes". The UCA then replied "Ok". "AC18wheels" said "Ok what?". The UCA stated "So what?" "AC18wheels" responded with "You gonna show up". The UCA stated it depended on what time he would be here. "AC18wheels" told the UCA he would be there around 11:00am. The UCA explained that she should be able to get a ride so he would just need to let her know. "AC18wheels" said "If you can get a ride then I guess I will get a mouth". The UCA replied "Ok well let me know". "AC18wheels" responded with "Let me know what?" The UCA said "Let me know if I should be there because I need to ask my mom today". "AC18wheels" stated "Your gonna ask your mom if you can come get naked and suck dick?" "AC18wheels" continued to text the UCA describing how the meeting would go with the UCA stating "Lol yeah but I mean if I decide to play with your cunt while you are sucking; Are you gonna lose focus or not lose focus but not enjoy me fondling your cunt?"

20.  On August 22, 2017 the text chat continued with the UCA confirming that she would get a ride to the Galleria Mall and walk across the street to Jim's truck stop to meet

10

"AC18wheels". "AC18wheels" asked the UCA "So do you want it to be tough and make you suck it for a very long time?" After a short delay, the UCA replied "Hmmm I don't know; Can pick me up at the mall with your truck". "AC18wheels" replied "I am not sure; I don't know the restrictions that well for buffalo; Is the delay cause you are consulting with the police on where to get me lol".

21. On August 23, 2017 "AC18wheels" texted the UCA that he was at Jim's Truck Stop at 11:41am. "AC18wheels" told the UCA "Come out to the truck parking lot; It's behind the restaurant". The UCA agreed to walk to the truck parking lot. HSI Agents drove to the truck parking lot and observed CAMPBELL in a White Tractor Trailer. HSI agents exited their vehicles and approached CAMPBELL's vehicle and gave him commands to exit the vehicle. CAMPBELL complied and a probable cause arrest was executed at that time.

22. On August 23, 2017, CAMPBELL was transported to 250 Delaware Avenue for an interview. After being advised of his rights, CAMPBELL told agents that he had been chatting in a sexually explicit nature with a 15-year-old female for the last two months. CAMPBELL stated that he had planned to meet the female at Jim's Truck Stop to engage in sexual activity. CAMPBELL stated that if the female would have walked out to his truck he may have had sex with her.

23.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that AUSTIN CAMPBELL has violated Title 18, United States Code, Section 2422(b).

_____
NIKKI L. TOLIAS, Special Agent
Homeland Security Investigations

Sworn to and subscribed to before me this
24th day of August, 2017.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge